UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

| | |
|---|---|
| RAE WALTER MILLER | CASE NO. 09-13647 |
| SHEILA ANN MILLER | CHAPTER 7 |
| DEBTOR(S). | |

## NOTICE OF DEPOSIT OF UNDISTRIBUTED FUNDS

Comes now Mark A. Warsco and submits this Notice of Deposit of Undistributed Funds and states as follows:

1. That Mark A. Warsco is the duly appointed Trustee and as such, holds funds of this estate, which should be distributed to creditors thereof.

2. The following distributions are in an amount under $5.00:

> Claim # 2 of Merchants Retail Credit
> Account number:  6259
> Claimed amount:  $90.93
> Pro rata distribution:  $4.89

3. Pursuant to FRBP 3010(a), the distribution shown in paragraph 2 is to be treated in the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

4. Trustee believes it is appropriate that the sum(s) set forth in paragraph 2 be paid to the United States Bankruptcy Clerk for the use and benefit of the party set forth therein.

| | |
|---|---|
| Dated:  September 3, 2010 | /s/ Mark A. Warsco |
| | Mark A. Warsco, Trustee |
| | P.O. Box 11647 |
| | Fort Wayne, IN  46859-1647 |
| | Telephone:  (260) 469-0256 |
| | e-mail: bankruptcy@rlwlawfirm.com |

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing document has been served on the following parties either by electronic submission through the Court's ECF system, or by deposit in the U.S. Mail, postage prepaid, to the addresses below, on September 3, 2010:

| | |
|---|---|
| HOLLY RIPKE<br>ripkelaw@live.com | Office, U.S. Trustee<br>USTPREGION10.SO.ECF@USDOJ.GOV |

Merchants Retail Credit Association,Inc or
Med&Den Business Bureau of Allen
Co,Inc
PO Box 11285
333 E Washington Blvd
Fort Wayne, IN 46857

                /s/  Mark A. Warsco
                Mark A. Warsco, Trustee